1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6961
7      FAX: (415) 436-7234
       sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-00370 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE |
| CHRISTOPHER OWENS, | ) SPEEDY TRIAL ACT |
| Defendant. | ) Date: September 12, 2017, to October 17, 2017 Time: 2:00 p.m. |

The parties appeared before the Honorable William Alsup on September 12, 2017, for a status conference. This was defendant's first appearance before the court. Defense counsel represented that she needs time to evaluate the discovery that has been produced and to review the additional discovery that is forthcoming from the government. The parties requested, and the Court granted, a continuance until October 17, 2017. The parties also stipulated, and the Court ordered, that time between September 12, 2017, and October 17, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

STIP. AND PROP. ORDER TO EXCLUDE TIME UNDER S.T.A
CR 17-00370 WHA                    1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: September 14, 2017

BRIAN J. STRETCH
United States Attorney

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: September 14, 2017

/s/
JODI LINKER
Counsel for Defendant

## [PROPOSED] ORDER

For the reasons stated, this matter is continued until October 17, 2017, at 2:00 p.m. The time between September 12, 2017, and October 17, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: September 14, 2017.

WILLIAM ALSUP
United States District Judge