1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6961
7       FAX: (415) 436-7234
        sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00370 WHA |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| CHRISTOPHER OWENS, | |
| Defendant. | Date: October 17, 2017 to November 28, 2017<br>Time: 2:00 p.m. |

The parties appeared before the Honorable William Alsup on October 17, 2017, for a status conference. Defense counsel represented that she needs time to evaluate the discovery that has been produced. The parties requested, and the Court granted, a continuance until November 28, 2017. The parties also stipulated, and the Court ordered, that time between October 17, 2017, and November 28, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

STIP. AND ~~PROP~~. ORDER TO EXCLUDE TIME UNDER S.T.A
CR 17-00370 WHA                                1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: October 18, 2017

BRIAN J. STRETCH
United States Attorney

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: October 18, 2017

/s/
JODI LINKER
Counsel for Defendant

## [PROPOSED] ORDER

For the reasons stated, this matter is continued until November 28, 2017, at 2:00 p.m. The time between October 17, 2017, and November 28, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: October 18, 2017.

WILLIAM ALSUP
United States District Judge