STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706

Jodi_Linker@fd.org

Counsel for Defendant OWENS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER OWENS,<br><br>Defendants. | Case No. CR 17-0370 WHA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE |

    The above captioned matter is currently set for a status conference before the Court on November 28, 2017. After the last appearance, the government provided the defense with additional discovery. The defense continues to review that material and otherwise investigate the case. The parties are also working on a resolution of the matter, and believe that a continuance will assist in that. Accordingly, the parties jointly request that the matter be continued to December 12, 2017 at 2:00 p.m..

    For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from November 28 to December 12, 2017 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation

of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from November 28 to December 12, 2017 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

November 20, 2017  
Date

s/ Sheila Armbrust  
SHEILA ARMBRUST  
Assistant U.S. Attorney

November 20, 2017  
Date

s/ Jodi Linker  
JODI LINKER  
Attorney for Defendant Owens

IT IS SO ORDERED.

November 21, 2017.  
Date

WILLIAM H. ALSUP  
United States District Judge